1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                       SOUTHERN DISTRICT OF CALIFORNIA
10
11  | United States of America,           | Case No.: 20mj4552-AHG
12  |                          Plaintiff, | **ORDER**
13  | v.                                   |
14  | Ashley Marie Cartegena,              |
15  |                          Defendant.  |
16
17     The Court orders the United States to comply with the continuing duty to disclose
18  material evidence which is favorable to the defendant as required by Brady v. Maryland,
19  373 U.S. 83 (1963), and its progeny.  Upon finding that the government has failed to
20  comply with this order, the Court may, as appropriate, order the production of such
21  information, grant a continuance, impose evidentiary sanctions, or, in extreme cases,
22  dismiss charges.
23
24  Dated:  November 5, 2020
25                                              _____
26                                              Honorable Michael S. Berg
                                                United States Magistrate Judge
27
28